1 | Eugene J. Egan (State Bar No. 130108)
   *eje@manningllp.com*
2 | Anthony Werbin (State Bar No. 285684)
   *aww@manningllp.com*
3 | **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4 | 801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5 | Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

Attorneys for Defendant,
COSTCO WHOLESALE
CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUO JUN CHEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 20, Inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-5497 R (FFMx)<br><br>(State Court Case No. BC654699)<br><br>**ORDER TO REMAND THE INSTANT CASE TO STATE COURT PURSUANT TO STIPULATION BY THE PARTIES** |

The Joint Stipulation of Defendant COSTCO WHOLESALE CORPORATION and Plaintiff GUO JUN CHEN, to cap damages at $74,999.00 and remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles Superior Court.

Dated: August 3, 2017

_____
United States District Judge

4836-2386-0044.1

1

**ORDER TO REMAND THE INSTANT CASE TO STATE COURT PURSUANT TO STIPULATION BY THE PARTIES**

4836-2386-0044.1